FILED

2019 MAR 20 AM 10: 42

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY: _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2018 Grand Jury

| UNITED STATES OF AMERICA, | CR No. 19-  19CR00164MWF |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(C), and (b)(2): |
| SALOUMEH RAHBARVAFAEI, | Distribution of Hydrocodone and Tramadol] |
| Defendant. | |

The Grand Jury charges:

COUNTS ONE THROUGH FIVE

[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

On or about the following dates, in Los Angeles County, within the Central District of California, and elsewhere, defendant SALOUMEH RAHBARVAFAEI, then a licensed nurse practitioner in the State of California, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally prescribed and distributed hydrocodone, a Schedule II narcotic drug controlled substance, to persons she believed

to be patients but who were, in fact, undercover law enforcement agents ("UC-1" and "UC-2"), as follows:

| COUNT | DATE | NAMED RECIPIENT |
|---|---|---|
| ONE | March 22, 2018 | UC-1 |
| TWO | April 19, 2018 | UC-1 |
| THREE | May 17, 2018 | UC-1 |
| FOUR | May 17, 2018 | UC-2 |
| FIVE | June 14, 2018 | UC-1 |

COUNTS SIX THROUGH EIGHT

[21 U.S.C. §§ 841(a)(1), (b)(2)]

On or about the following dates, in Los Angeles County, within the Central District of California, defendant SALOUMEH RAHBARVAFAEI, then a licensed nurse practitioner in the State of California, while acting and intending to act outside the usual course of professional practice and without a legitimate medical purpose, knowingly and intentionally prescribed and distributed tramadol, a Schedule IV narcotic drug controlled substance, to persons she believed to be patients but who were, in fact,

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

undercover law enforcement agents ("UC-1" and "UC-2"), as follows:

| COUNT | DATE | NAMED RECIPIENT |
|---|---|---|
| SIX | February 22, 2018 | UC-1 |
| SEVEN | February 22, 2018 | UC-2 |
| EIGHT | April 19, 2018 | UC-2 |

A TRUE BILL

/S/
Foreperson

NICOLA T. HANNA
United States Attorney

*[signature]*

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

CAROL ALEXIS CHEN
Assistant United States Attorney
Chief, Organized Crime Drug
   Enforcement Task Force Section

SHAWN J. NELSON
Assistant United States Attorney
Acting Deputy Chief, Organized
   Crime Drug Enforcement Task
   Force Section

BENEDETTO L. BALDING
Assistant United States Attorney
Organized Crime Drug Enforcement
   Task Force Section

4