# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CR 19-164-MWF | Date | August 17, 2022 |
| Present: The Honorable | Michael W. Fitzgerald, United States District Judge | | |
| Interpreter | | | |

| Rita Sanchez | Amy Diaz | Benedetto L. Balding/Skylar Cho |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 1. Saloumeh Rahbarvafaei | X | | X | 1. DFPD Erin M. Murphy | X | X | |
| | | | | 1. DFPD Michael D. Driscoll | X | X | |

____ Day COURT TRIAL       5th  Day JURY TRIAL       ____ Death Penalty Phase

____ One day trial;  ____ Begun (1st day);  X  Held & continued;  ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made _____

X  Witnesses called, sworn and testified.

X  Exhibits identified       X  Exhibits admitted

____ Government rests.    X  Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

X  Motion for judgment of acquittal (FRCrP 29) is ____ granted  X  denied ____ submitted

X  Closing arguments made    X  Court instructs jury    X  Bailiff sworn

X  Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

____ Alternates excused    X  Jury retires to deliberate    ____ Jury resumes deliberations

____ Finding by Court as follows:    ____ Jury Verdict as follows:

Dft # ____ ____ Guilty on count(s)    ____ Not Guilty on count(s)

____ Jury polled    ____ Polling waived

____ Filed Witness & Exhibit lists  ____ Filed Jury notes  X  Filed Jury Instructions  ____ Filed Jury Verdict

____ Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

____ Dft # ____ remanded to custody.   ____ Remand/Release# ____ issd.   Dft # ____ released from custody.

____ Bond exonerated as to Dft # ____

X  Case continued to  August 18, 2022 at 8:15  for further trial/further jury deliberation.

X  Other:  Court and counsel discuss jury instructions and verdict form outside the presence of the jury.

                                                                                    4  :  35

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - TRIAL**

Initials of Deputy Clerk   rs