## LIST OF EXHIBITS AND WITNESSES

FILED
CLERK, U.S. DISTRICT COURT

AUG 1 8 2022

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| Case Number | CR 19-164-MWF | Title | United States of America v. Saloumeh Rahbarvafaei |
|---|---|---|---|
| Judge | Michael W. Fitzgerald, U.S. District Judge | | |
| Dates of Trial or Hearing | 8/11/22; 8/12/22; AUG 15 2022  AUG 16 2022  AUG 17 2022  AUG 18 2022 | | |
| Court Reporters or Tape No. | Amy Diaz    8/18/22 – Chia Mei Jui | | |
| Deputy Clerks | Rita Sanchez | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| AUSA Benedetto L. Balding | DFPD Erin M. Murphy |
| AUSA Skylar Cho | DFPD Michael D, Driscoll |
| | |
| | |
| | |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| AUG 12 2022 | | | | | | Gerald Mimms | |
| AUG 12 2022 | | | | | | Delvin Deleny | |
| AUG 12 2022 | | | | | | David Ly | |
| AUG 15 2022 | | | | | | Dr. Timothy Munzing | |
| AUG 16 2022 | | | | | | Dr. Timothy Munzing | |
| | | | AUG 16 2022 | | | Dr. James Patrick Murphy | |
| | | | AUG 16 2022 | | | Saloumeh Rahbarvafaei | |
| | | | AUG 17 2022 | | | Saloumeh Rahbarvafaei | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

G-65 (03/07)                                    LIST OF EXHIBITS AND WITNESSES                                    Page ____ of ____

1   STEPHANIE S. CHRISTENSEN
    Acting United States Attorney
2   SCOTT M. GARRINGER
    Assistant United States Attorney
3   Chief, Criminal Division
    BENEDETTO L. BALDING (Cal. Bar No. 244508)
4   Assistant United States Attorney
    Deputy Chief, International Narcotics,
5     Money Laundering, and Racketeering Section
    SKYLER F. CHO (Cal. Bar No. 285299)
6   Assistant United States Attorney
    International Narcotics,
7     Money Laundering, and Racketeering Section
        1400 United States Courthouse
8       312 North Spring Street
        Los Angeles, California 90012
9       Telephone: (213) 894-2274/2475
        Facsimile: (213) 894-0142
10      E-mail:     benedetto.balding@usdoj.gov
                    skyler.cho@usdoj.gov
11
    Attorneys for Plaintiff
12  UNITED STATES OF AMERICA

13                  UNITED STATES DISTRICT COURT

14            FOR THE CENTRAL DISTRICT OF CALIFORNIA

15  UNITED STATES OF AMERICA,          No. CR 19-00164-MWF

16              Plaintiff,             GOVERNMENT'S WITNESS LIST

17              v.                     Trial Date:   August 11, 2022
                                       Trial Time:   8:30 a.m.
18  SALOUMEH RAHBARVAFAEI,             Location:     Courtroom of the
                                                     Hon. Michael W.
19              Defendant.                           Fitzgerald

20

21        Plaintiff United States of America, by and through its counsel

22  of record, the Acting United States Attorney for the Central District

23  of California and Assistant United States Attorneys Benedetto L.

24  Balding and Skyler F. Cho, hereby files the Government's Witness

25  List.

26  //

27  //

28  //

1    The government reserves the right to modify this list, including

2  by adding or removing certain witnesses throughout the trial.  This

3  list should not create an expectation that the government will

4  ultimately call or have available each of these witnesses at trial.

5  Dated: August 10, 2022          Respectfully submitted,

6                                  STEPHANIE S. CHRISTENSEN
                                   Acting United States Attorney
7
                                   SCOTT M. GARRINGER
8                                  Assistant United States Attorney
                                   Chief, Criminal Division
9

10                                       /s/
                                   _____
11                                 BENEDETTO L. BALDING
                                   SKYLER F. CHO
12                                 Assistant United States Attorneys

13                                 Attorneys for Plaintiff
                                   UNITED STATES OF AMERICA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

<u>GOVERNMENT'S WITNESS LIST</u>

1.   Gerald Mimms   ⌐AUG 12 2022⌐

2.   Delvin Delery   ▮AUG 12 2022▮

3.   David Ly   ▮AUG 12 2022▮

4.   Timothy Munzing, M.D. ▮AUG 15 2022▮  ▮AUG 16 2022▮

Defense Witness List

1. Dr. James Patrick Murphy   ▮AUG 16 2022▮

2. Saloumeh Rahbarvafaei   ▮AUG 16 2022▮  ▮AUG 17 2022▮

1  STEPHANIE S. CHRISTENSEN
   Acting United States Attorney
2  SCOTT M. GARRINGER
   Assistant United States Attorney
3  Chief, Criminal Division
   BENEDETTO L. BALDING (Cal. Bar No. 244508)
4  Assistant United States Attorney
   Deputy Chief, International Narcotics,
5    Money Laundering, and Racketeering Section
   SKYLER F. CHO (Cal. Bar No. 285299)
6  Assistant United States Attorney
   International Narcotics,
7    Money Laundering, and Racketeering Section
        1400 United States Courthouse
8       312 North Spring Street
        Los Angeles, California 90012
9       Telephone: (213) 894-2274/2475
        Facsimile: (213) 894-0142
10      E-mail:   benedetto.balding@usdoj.gov
                  skyler.cho@usdoj.gov
11
   Attorneys for Plaintiff
12 UNITED STATES OF AMERICA

13              UNITED STATES DISTRICT COURT

14         FOR THE CENTRAL DISTRICT OF CALIFORNIA

15 UNITED STATES OF AMERICA,          No. CR 19-00164-MWF

16          Plaintiff,                GOVERNMENT'S EXHIBIT LIST

17               v.                   Trial Date:  August 11, 2022
                                      Trial Time:  8:30 a.m.
18 SALOUMEH RAHBARVAFAEI,             Location:    Courtroom of the
                                                   Hon. Michael W.
19          Defendant.                             Fitzgerald

20

21      Plaintiff United States of America, by and through its counsel

22 of record, the Acting United States Attorney for the Central District

23 of California and Assistant United States Attorneys Benedetto L.

24 Balding and Skyler F. Cho, hereby files the Government's Exhibit

25 List.

26 //

27 //

28 //

1    The government does not intend to introduce some of the exhibits

2  on the Government's Exhibit List in its case-in-chief.  Some of the

3  exhibits were included on the Government's Exhibit List because they

4  will be available to refresh witnesses' recollections or for

5  potential rebuttal.

6    The government reserves the right to modify the Government's

7  Exhibit List, including by removing or adding exhibits throughout the

8  trial.

9  Dated: August 10, 2022          Respectfully submitted,

10                                 STEPHANIE S. CHRISTENSEN
                                   Acting United States Attorney
11
                                   SCOTT M. GARRINGER
12                                 Assistant United States Attorney
                                   Chief, Criminal Division
13

14                                 _____/s/_____
                                   BENEDETTO L. BALDING
15                                 SKYLER F. CHO
                                   Assistant United States Attorneys
16
                                   Attorneys for Plaintiff
17                                 UNITED STATES OF AMERICA

18

19

20

21

22

23

24

25

26

27

28

### GOVERNMENT'S EXHIBIT LIST

UNITED STATES V. SALOUMEH RAHBARVAFAEI, No. CR 19-00164-MWF

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | Audio Clip – UC-1 3/22/18 Visit | AUG 12 2022 | AUG 12 2022 |
| 2 | Video Clip – UC-1 4/19/18 Visit | AUG 12 2022 | AUG 12 2022 |
| 3 | Video Clip – UC-1 5/17/18 Visit | AUG 12 2022 | AUG 12 2022 |
| 4 | Video Clip – UC-2 5/17/18 Visit | AUG 12 2022 | AUG 12 2022 |
| 5 | Video Clip – UC-1 6/14/18 Visit | AUG 12 2022 | AUG 12 2022 |
| 6 | Video Clip – UC-1 2/22/18 Visit | AUG 12 2022 | AUG 12 2022 |
| 7 | Audio Clip – UC-2 2/22/18 Visit | AUG 12 2022 | AUG 12 2022 |
| 8 | Video Clip – UC-2 4/19/18 Visit | AUG 12 2022 | AUG 12 2022 |
| 9 | Defendant's Interview – Video Clip #1 | AUG 12 2022 | AUG 12 2022 |
| 10 | Defendant's Interview – Video Clip #2 | AUG 12 2022 | AUG 12 2022 |
| 11 | Defendant's Interview – Video Clip #3 | AUG 12 2022 | AUG 12 2022 |
| 12 | Defendant's Interview – Video Clip #4 | | |
| 13 | Defendant's Interview – Video Clip #5 | AUG 12 2022 | AUG 12 2022 |
| 14 | Defendant's Interview – Video Clip #6 | AUG 12 2022 | AUG 12 2022 |
| 15 | Defendant's Interview – Video Clip #7 | AUG 12 2022 | AUG 12 2022 |
| 16 | Defendant's Interview – Video Clip #8 | AUG 12 2022 | AUG 12 2022 |
| 17 | Defendant's Interview – Video Clip #9 | AUG 12 2022 | AUG 12 2022 |
| 18 | Defendant's Interview – Video Clip #10 | AUG 12 2022 | AUG 12 2022 |
| 19 | Defendant's Interview – Video Clip #11 | AUG 12 2022 | AUG 12 2022 |
| 20 | Defendant's Interview – Video Clip #12 | AUG 12 2022 | AUG 12 2022 |
| 21 | Defendant's Interview – Video Clip #13 | AUG 12 2022 | AUG 12 2022 |
| 22 | Prescription – UC-1 2/22/18 Visit | AUG 12 2022 | AUG 12 2022 |

### GOVERNMENT'S EXHIBIT LIST

UNITED STATES V. SALOUMEH RAHBARVAFAEI, No. CR 19-00164-MWF

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 23 | Prescription – UC-1 3/22/18 Visit | AUG 12 2022 | AUG 12 2022 |
| 24 | Prescription – UC-1 4/19/18 Visit | AUG 12 2022 | AUG 12 2022 |
| 25 | Prescription – UC-1 5/17/18 Visit | AUG 12 2022 | AUG 12 2022 |
| 26 | Prescription – UC-1 6/14/18 Visit | AUG 12 2022 | AUG 12 2022 |
| 27 | Prescription – UC-2 2/22/18 Visit | AUG 12 2022 | AUG 12 2022 |
| 28 | Prescription – UC-2 4/19/18 Visit | AUG 12 2022 | AUG 12 2022 |
| 29 | Prescription – UC-2 5/17/18 Visit | AUG 12 2022 | AUG 12 2022 |
| 30 | Patient File – UC-1 | AUG 12 2022 | AUG 12 2022 |
| 31 | Patient File – UC-2 | AUG 12 2022 | AUG 12 2022 |
| 32 | Patient File – C.F. | AUG 12 2022 | AUG 12 2022 |
| 33 | Patient File – D.H. | AUG 12 2022 | AUG 12 2022 |
| 34 | Patient File – C.H. | AUG 12 2022 | AUG 12 2022 |
| 35 | Patient File – M.H. | AUG 12 2022 | AUG 12 2022 |
| 36 | Patient File – B.J. | AUG 12 2022 | AUG 12 2022 |
| 37 | Patient File – P.J. | AUG 12 2022 | AUG 12 2022 |
| 38 | Patient File – Robert S. | AUG 12 2022 | AUG 12 2022 |
| 39 | Patient File – Ronald S. | AUG 12 2022 | AUG 12 2022 |
| 40 | Patient File – P.S. | AUG 12 2022 | AUG 12 2022 |
| 41 | Defendant's CURES Prescribing History | AUG 12 2022 | AUG 12 2022 |
| 42 | Intentionally Omitted | | |
| 43 | MRI – UC-1 3/6/18 | AUG 12 2022 | AUG 12 2022 |
| 44 | MRI – UC-2 3/9/18 | AUG 12 2022 | AUG 12 2022 |

### GOVERNMENT'S EXHIBIT LIST

UNITED STATES V. SALOUMEH RAHBARVAFAEI, No. CR 19-00164-MWF

| No. of Exhibit | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 45 | Text Message - 2/7/18 | AUG 12 2022 | AUG 12 2022 |
| 46 | Text Message - 4/20/18 | AUG 12 2022 | AUG 12 2022 |
| 47 | Text Message - 5/2/18 | AUG 12 2022 | AUG 12 2022 |
| 48 | Text Message - 5/4/18 - #1 | AUG 12 2022 | AUG 12 2022 |
| 49 | Text Message - 5/4/18 - #2 | AUG 12 2022 | AUG 12 2022 |
| 50 | Text Message - 10/16/18 | AUG 12 2022 | AUG 12 2022 |
| 51 | Munzing Demonstrative #1 | AUG 15 2022 | |
| 52 | Munzing Demonstrative #2 | | |
| 53 | Munzing Demonstrative #3 | | |
| 54 | Munzing Report December 2018 (for identification) | | |
| 55 | Munzing Report September 2019 (for identification) | AUG 16 2022 | |
| 56 | Murphy Report July 2022 (for identification) | | |
| 57 | Murphy Report August 2022 (for identification) | | |
| 58 | Murphy Exh. | AUG 16 2022 | |
| 59 | Murphy- Guidelines.. | AUG 16 2022 | |
| 60 | Pain MgmtPolicies | AUG 16 2022 | |
| 61 | | | |
| | | | |
| | | | |
| | | | |
| | | | |

3

*USA v. Saloumeh Rahbarvafaei*

CR-19-164-MWF

**Defense Exhibit List**

| Exhibit | Date Identified | Date Admitted | Description |
|---|---|---|---|
| 201 | | | 03/01/2018 DEA ROI re 02/22/2018 UC-1 and UC-2 Buy-Walk at Good Neighbor Clinic (SR000109-SR000114) |
| 202 | | | 04/04/2019 ROI re Unsealing of Exs. N-29 and N-30 [02/22/2018] Audio (SR022237) |
| 203 | | | 03/07/2018 DEA ROI re CS Debriefing of UC Buy/Walk on 02/22/2018 (SR022132-SR022133) |
| 204 | | | 03/26/2018 DEA ROI re 03/22/2018 UC-1 Buy-Walk at Good Neighbor Clinic (SR000115-SR000119) |
| 205 | | | 04/20/2018 DEA ROI re 04/19/2018 UC-1 and UC-2 Buy-Walk at Good Neighbor Clinic (SR000120-SR000126) |
| 206 | | | 05/28/2018 Redondo Beach Police Department Supplemental Report of Delvin Delery re 04/19/2018 Buy-Walk (SR022282-SR022283) |
| 207 | | | 05/21/2018 DEA ROI re 05/17/2018 UC-1 and UC-2 Buy-Walk at Good Neighbor Clinic (SR000127-SR000132) |
| 208 | | | 05/17/2018 DEA ROI of Intelligence re Brandon Jackson at Good Neighbor Clinic (SR0222158-SR0222159) |
| 209 | | | 06/20/2018 DEA ROI re 06/14/2018 UC-1 Buy-Walk at Good Neighbor Clinic (SR000133-000136) |
| 210 | | | 07/20/2022 Mimms Notes (SR022338-SR022340) |
| 211 | | | 07/22/2022 Mimms Notes (SR022345) |
| 212 | | | 07/22/2022 Delery Notes (SR022343-022344) |
| 213 | | | |

1

| Exhibit | Date Identified | Date Admitted | Description |
|---------|-----------------|---------------|-------------|
| 214 | | | |
| 215 | | | |
| 216 | | | |
| 217 | | | |
| 218 | | | |
| 219 | | | |
| 220 | | | 01/19/2018 Good Neighbor Clinic Receipt of UC-2 Emile Paul (SR00696) |
| 221 | | | 02/22/2018 Good Neighbor Clinic Receipt for Doctor's/Pain Management Visit of UC-2 Emile Paul (SR006640) |
| 222 | | | 03/22/2018 Good Neighbor Clinic Receipt for Doctor's/Pain Management Visit of UC-1 Dewayne Brooks (SR006677) |
| 223 | | | 04/19/2018 Good Neighbor Clinic of Pain Management Visit of UC-1 Dewayne Brooks (SR006695) |
| 224 | | | 05/17/2018 Good Neighbor Clinic Receipt for Doctor's/Pain Management Visit of UC-1 Dewayne Brooks (SR006735) |
| 225 | | | 05/17/2018 Good Neighbor Clinic Receipt for Doctor's/Pain Management Visit of UC-2 Emile Paul (SR006736) |
| 226 | | | 06/14/2018 Good Neighbor Clinic Receipt for Doctor's/Pain Management Visit of UC-1 Dewayne Brooks (SR006545) |
| 227 | | | |
| 228 | | | |

2

| Exhibit | Date Identified | Date Admitted | Description |
|---|---|---|---|
| 229 | | | |
| 230 | | | |
| 231 | | | |
| 232 | | | 02/22/2018 Good Neighbor Clinic Patient Sign-in Sheet for Pain Management #1 (SR015423-SR015425) |
| 233 | | | 02/22/2018 Good Neighbor Clinic Patient Sign-in Sheet for Pain Management #2 (SR015475-SR015478) |
| 234 | | | 03/22/2022 Good Neighbor Clinic Patient Sign-in Sheet for Pain Management #1 (SR015415-SR015418) |
| 235 | | | 03/22/2018 Good Neighbor Clinic Patient Sign-in Sheet for Pain Management #2 (SR015419-SR015422) |
| 236 | | | 04/19/2018 Good Neighbor Clinic Patient Sign-in Sheet for Pain Management #1 (SR015410-SR015412) |
| 237 | | | 04/19/2018 Good Neighbor Clinic Patient Sign-in Sheet for Pain Management #2 (SR015440-SR015443) |
| 238 | | | 05/17/2018 Good Neighbor Clinic Patient Sign-in Sheet for Pain Management #1 (SR015434-SR015436) |
| 239 | | | 05/17/2018 Good Neighbor Clinic Patient Sign-in Sheet for Pain Management #2 (SR015471-SR015472) |
| 240 | | | 06/14/2018 Good Neighbor Clinic Patient Sign-in Sheet for Pain Management #1 (SR015430-SR015431) |
| 241 | | | 06/14/2018 Good Neighbor Clinic Patient Sign-in Sheet for Pain Management #2 (SR015432-SR015433) |

3

| Exhibit | Date Identified | Date Admitted | Description |
|---------|-----------------|---------------|-------------|
| 242 | | | 07/12/2018 Good Neighbor Clinic Patient Sign-in Sheet for Pain Management #1 (SR015405) |
| 243 | | | 08/16/2018 Good Neighbor Clinic Patient Sign-in Sheet for Pain Management #1 (SR015445-SR015446) |
| 244 | | | |
| 245 | | | |
| 246 | | | |
| 247 | | | |
| 248 | | | |
| 249 | | | 06/06/2017 DEA ROI re 05/23/2017 Debriefing of CS-1 (SR022097-SR022100) |
| 250 | | | 06/22/2017 DEA ROI re 06/22/2017 Meeting between CS-1 and Dr. Brian Gamble at Good Neighbor Clinic; Exs. 7 and N19-20 (SR022105-SR022110) |
| 251 | | | 01/30/2018 DEA ROI re Arrest of CS-2 and Ex. N-21 [Recorded Interview] (SR022120-SR022121) |
| 252 | | | 02/01/2018 DEA ROI re 01/30/2018 Initial Debriefing of CS-2 (SR022122-SR022124) |
| 253 | | | 02/21/2018 DEA ROI re Ex. N-22 [Fraudulent Scripts] from CS-2 (SR022128-SR022129) |
| 254 | | | 03/07/2018 DEA ROI re 02/22/2018 CS-2 Debriefing of UC Buy-Walks at Good Neighbor Clinic (SR022132-SR022133) |
| 255 | | | 04/10/2018 DEA ROI re 03/27/2018 CS-2 Debriefing (SR022134-SR-22145) |
| 256 | | | 05/07/2018 DEA ROI re CS-2 Quarterly Debriefing for 3rd QTR FY18 (SR022143-SR022147) |
| 257 | | | 05/07/2018 DEA ROI of Intelligence re P.S. and B.J. Activity at Good Neighbor Clinic on 04/30/2018 (SR022148-SR022419) |

4

| Exhibit | Date Identified | Date Admitted | Description |
|---|---|---|---|
| 258 | | | 05/08/2018 DEA ROI re Surveillance at Good Neighbor Clinic (SR022150-SR022151) |
| 259 | | | 05/09/2018 DEA ROI re CS-2 Quarterly Debriefing for 3rd QTR FY18 (SR022154-SR022155) |
| 260 | | | 05/11/2018 DEA ROI re Surveillance of Good Neighbor Clinic (SR022156-SR022157) |
| 261 | | | 07/09/2018 DEA ROI re 06/27/2018 CS-2 Debriefing (SR022169-SR022171) |
| 262 | | | 07/17/2018 DEA ROI re CS-2 Quarterly Debriefing for 4th QTR FY18 (SR022172-SR022173) |
| 263 | | | 07/23/2018 DEA ROI re CS-2 Quarterly Debriefing for 4th QTR FY18 (SR022174-SR022175) |
| 264 | | | 10/04/2018 DEA ROI re Receipt of Exhibit N-67 [2 Appointment Cards for 09/13/2018] (SR022180) |
| 265 | | | 10/10/2018 DEA ROI re CS-2 Quarterly Debriefing for 1st QTR FY19 (SR022181-SR022183) |
| 266 | | | 10/10/2018 DEA Agent Handwritten Notes CS-2 Quarterly Debriefing for 1st Qtr. FY19 (SR022256-SR022258) |
| 267 | | | |
| 268 | | | |
| 269 | | | |
| 270 | | | |
| 271 | | | |
| 272 | | | |
| 273 | | | |
| 274 | | | |
| 275 | | | |

| Exhibit | Date Identified | Date Admitted | Description |
|---|---|---|---|
| 276 | | | |
| 277 | | | 09/06/2016 DEA ROI re Fraudulent Scripts at Good Neighbor Clinic (SR022079) |
| 278 | | | 11/07/2016 DEA ROI re Buy-Walk Purchase of Script from Dr. Brian Gamble at Good Neighbor Clinic (SR022082-SR022084) |
| 279 | | | 01/24/2017 DEA ROI re Gerald Mimms' Return of Official Advanced Funds (SR022085) |
| 280 | | | 05/02/2017 DEA ROI re Case Update (SR022086) |
| 281 | | | 02/12/2018 DEA ROI re Surveillance at Good Neighbor on 02/07/2018 (SR022125-SR022127) |
| 282 | | | 03/06/2018 DEA ROI re Surveillance at Ana Pleasant's Residence on 02/17/2018 (SR022130-SR022131) |
| 283 | | | 04/12/2018 DEA ROI of Intelligence re Daniel Davidson (SR022139-SR022140) |
| 284 | | | 06/01/2018 DEA ROI re Script Filling at Walgreens by CS-3 and Exs. 8 and 9 (SR022165-022166) |
| 285 | | | 02/12/2019 DEA ROI of Script Filling at Walgreens by CS-3 (SR022196-SR022197) |
| 286 | | | 02/13/2019 DEA ROI re Surveillance of Good Neighbor Clinic from 02/08-02/11/2019 (SR022198-SR022199) |
| 287 | | | 02/22/2019 DEA ROI Interview re Daniel Davidson Interview During Search Warrant Execution on 02/21/2019 (SR022204-SR022205) |
| 288 | | | 04/04/2019 DEA ROI re Unsealing of Exs. N-29 and N-30 on 04/04/2019 (SR022237) |
| 289 | | | 04/08/2019 DEA ROI re Execution of Search Warrant at Good Neighbor Clinic on 02/21/2019 (SR022238-SR022242) |
| 290 | | | 04/08/2019 DEA ROI re Acquisition of Exs. N-75, N-75, N-76, N77, N-78, and N-110 (SR022243-SR022244) |

| Exhibit | Date Identified | Date Admitted | Description |
|---|---|---|---|
| 291 | | | 05/28/2019 DEA ROI re 05/17/2019 Return of Exs. N-89, N-97, N-100, and N-101 from Digital Evidence Lab (SR022248-SR022249) |
| 292 | | | 06/04/2019 DEA ROI re Unsealing and Resealing of Ex. N-95 (SR022250) |
| 293 | | | 12/29/2019 DEA ROI re Case Status (SR022251) |
| 294 | | | 02/03/2020 DEA ROI re Correction Report for Exs. N-79, N-80, N-86, N-87, N-88, N-99a, and N-105 (SR022252-SR022253) |
| 295 | | | 06/12/2019 DEA ROI re Return of Exs. N-95 and N-97 to Defendant (SR022259) |
| 296 | | | |
| 297 | | | |
| 298 | | | |
| 299 | | | |
| 300 | | | |
| 301 | | | |
| 302 | | | |
| 303 | | | |
| 304 | | | |
| 305 | | | |
| 306 | | | |
| 307 | | | |

| Exhibit | Date Identified | Date Admitted | Description |
|---|---|---|---|
| 308 | | | |
| 309 | | | |
| 310 | | | |
| 311 | | | |
| 312 | | | 02/21/2019 Advice of Rights of Defendant (SR004941) |
| 313 | | | 02/22/2019 DEA ROI re 02/21/2019 Arrest of Defendant and Acquisition of Exs. During Federal Search Warrant (SR005485-SR005491) |
| 314 | | | 04/02/2019 DEA ROI re Acquisition of Exs. N-103, N-104 and Post-Arrest Interview of Defendant (SR005492-005493) |
| 315 | | | 08/08/2022 David Ly Notes (SR022348) |
| 316 | | | |
| 317 | | | |
| 318 | | | |
| 319 | | | |
| 320 | | | List of Dr. Sabbaghi/Nurse Practitioner Saloumeh Rahbarvafaei Patient Files Seized from Good Neighbor Clinic |
| 321 | | | Lab Orders Seized from Good Neighbor Clinic (SR005498-005713) |
| 322 | | | Patient Lists Seized from Good Neighbor Clinic for 05/17/2018 and 06/14/2018 (SR006471; SR006473) |
| 323 | | | Good Neighbor Clinic Diagram (SR022033) |

8

| Exhibit | Date Identified | Date Admitted | Description |
|---------|-----------------|---------------|-------------|
| 324 | | | |
| 325 | | | |
| 326 | | | |
| 327 | | | |
| 328 | | | |
| 329 | | | Recording of UC-1 02/22/2018 Patient Visit |
| 329A | | | Transcript of Recording of UC-1 02/22/2018 Patient Visit |
| 330 | | | Recording of UC-1 03/22/2018 Patient Visit |
| 330A | | | Transcript of Recording UC-1 03/22/2018 Patient Visit |
| 331 | | | Recording of UC-1 04/19/2018 Patient Visit |
| 331A | | | Transcript of Recording of UC-1 04/19/2018 Patient Visit |
| 332 | | | Recording of UC-1 05/17/2018 Patient Visit |
| 332A | | | Transcript of Recording of UC-1 05/17/2018 Patient Visit |
| 333 | | | Recording of UC-1 06/14/2018 Patient Visit |
| 333A | | | Transcript of Recording of UC-1 06/14/2018 Patient Visit |
| 334 | | | Recording of UC-2 02/22/2018 Patient Visit |
| 334A | | | Transcript of Recording of UC-2 02/22/2018 Patient Visit |
| 335 | | | Recording of UC-2 04/19/2018 Patient Visit |

| Exhibit | Date Identified | Date Admitted | Description |
|---|---|---|---|
| 335A | | | Transcript of Recording of UC-2 04/19/2018 Patient Visit |
| 336 | | | Recording of UC-2 05/17/2018 Patient Visit |
| 336A | | | Transcript of Recording of UC-2 05/17/2018 Patient Visit |
| 337 | | | 02/22/2018 UC-1 & UC-2 Buy-Walk at Good Neighbor Clinic, Excerpt 28:24-28:44 |
| 338 | | | 03/22/2018 UC-1 Buy-Walk at Good Neighbor Clinic, Excerpt 40:23 |
| 339 | | | 02/22/2018 UC-1 &UC-2 Buy-Walk at Good Neighbor Clinic, Excerpt 45:03-47:53 |
| 340 | | | |
| 341 | | | |
| 342 | | | |
| 343 | | | |
| 344 | | | |
| 345 | | | |
| 346 | | | |
| 347 | | | |
| 348 | | | |
| 349 | | | |
| 350 | | | |
| 351 | | | |

| Exhibit | Date Identified | Date Admitted | Description |
|---------|-----------------|---------------|-------------|
| 352 | | | |
| 353 | | | |
| 354 | | | |
| 355 | | | |
| 356 | | | |
| 357 | | | Video Interrogation of Defendant |
| 357A | | | Transcript of Video Interrogation of Defendant |
| 358 | | | |
| 359 | | | |
| 360 | | | |
| 361 | | | |
| 362 | | | |
| 363 | | | Biography of Dr. Timothy Munzing from 06/09/2022 Government Disclosure |
| 364 | | | Curriculum Vitae of Dr. Timothy Munzing |
| 365 | | | 12/09/2018 DEA Medical Expert Review of Dr. Timothy Munzing re Defendant, Dr. Pamela Smith, Dr. Brian Gamble, and Dr. Mahin Esfahani (SR005398-SR005482) |
| 366 | | | 09/19/2019 DEA Medical Expert Review of Dr. Timothy Munzing re Defendant (SR004835-004940) |

| Exhibit | Date Identified | Date Admitted | Description |
|---------|-----------------|---------------|-------------|
| 367 | | | Email re Dr. Timothy Munzing's Review of 02/22/2018 UC-2 Recording and Transcript (SR022280-SR022281) |
| 368 | | | **[RETAINER]** |
| 369 | | | Roger Chou et al., *Clinical Guidelines for the Use of Chronic Opioid Therapy in Chronic Noncancer Pain*, The Journal of Pain (2009) |
| 370 | | | *Guidelines for Prescribing Controlled Substances for Pain*, Medical Board of California (11/2014) |
| 371 | | | CDC Guideline for Prescribing Opioids for Chronic Pain (2016) |
| 372 | | | Nabarun Dasgupta, MPH, PhD, et al., *Cohort Study of the Impact of High-Dose Opioid Analgesics on Overdoes Mortality*, Pain Medicine (2016) |
| 373 | | | FDA Drug Safety Communication: FDA Warns About Serious Risks and Death when Combining Opioid Pain or Cough Medicines with Benzodiazepines; Requires its Strongest Warning (2016) |
| 374 | | | Timothy Munzing, M.D., *Physician Guide to Appropriate Opioid Prescribing for Noncancer Pain*, The Permanente Journal (2017) |
| 375 | | | *Guidelines for the Chronic Use of Opioid Analgesics*, Federation of State Medical Boards (2017) |
| 376 | | | Laxmalah Manchikanti, MD et al., *Responsible, Safe, and Effective Prescription of Opioids for Chronic Non-Cancer Pain: American Society of Interventional Pain Physicians (ASIPP) Guidelines* (2017) |
| 377 | | | *Interagency Guideline on Prescribing Opioids for Pain*, Agency Medical Directors' Group (2015) |
| 378 | | | About CDC's Opioid Prescribing Guideline |
| 379 | | | *Use of Opioids for the Treatment of Chronic Pain*, American Academy of Pain Medicine (2013) |

| Exhibit | Date Identified | Date Admitted | Description |
|---------|-----------------|---------------|-------------|
| 380 | | | 12/11/2013 CA Medical Board Decision of Donovan John Anderson, M.D., Case No. D1-2007-183501; OAH No. 2012100490 |
| 381 | | | 04/04/2017 CA Medical Board Decision of Rahda Menon, M.D., Case No. 18-2013-232729; OAH No. 2016010299 |
| 382 | AUG 16 2022 | | 08/15/2016 Reporter's Partial Transcript of Proceedings - Trial Testimony of Dr. Timothy Munzing in *People v. Kiansi Blaise Boni*, No. 2016042510 (Sup. Ct. of Cal.) |
| 383 | | | 08/16/2016 Reporter's Partial Transcript of Proceedings - Trial Testimony of Dr. Timothy Munzing in *People v. Kiansi Blaise Boni*, No. 2016042510 (Sup. Ct. of Cal.) |
| 384 | | | 08/12/2015 Reporter's Transcript of Proceedings - A.M. Trial Testimony of Dr. Timothy Munzing in *United States of America v. Julio Gabriel Diaz*, No. SACR 12-11-CJC (C.D. Cal.) |
| 385 | | | 08/12/2015 Reporter's Transcript of Proceedings - P.M. Trial Testimony of Dr. Timothy Munzing in *United States of America v. Julio Gabriel Diaz*, No. SACR 12-11-CJC (C.D. Cal.) |
| 386 | | | 11/09/2019 DOJ Medical Expert Report of Dr. Timothy Munzing re Ricky Houdersheldt, M.D. |
| 387 | | | 08/05/2020 Reporter's Transcript of Proceedings - Trial Testimony of Dr. Timothy Munzing in *United States of America v. Ricky L. Houdersheldt, D.O.*, No. CR 19-239 (S.D.W.V.) |
| 388 | | | 09/14/2016 Reporter's Transcript of Proceedings - Trial Testimony of Dr. Timothy Munzing in *People v. Richard Seongjun Kim*, No. BA437315 (Sup. Ct. of Cal.) |
| 389 | | | 09/15/2016 Reporter's Transcript of Proceedings - Trial Testimony of Dr. Timothy Munzing in *People v. Richard Seongjun Kim*, No. BA437315 (Sup. Ct. of Cal.) |

| Exhibit | Date Identified | Date Admitted | Description |
|---|---|---|---|
| 390 | | | 09/16/2016 Reporter's Transcript of Proceedings - Trial Testimony of Dr. Timothy Munzing in *People v. Richard Seongjun Kim*, No. BA437315 (Sup. Ct. of Cal.) |
| 391 | | | 09/15/2017 Reporter's Transcript of Proceedings - Trial Testimony of Dr. Timothy Munzing in *United States of America v. Kaitlyn Phong Nguyen*, No. SACR 16-79-JVS (C.D. Cal.) |
| 392 | | | How to Prescribe Controlled Substances to Patients During the COVID-19 Public Health Emergency, Form DEA075 |
| 393 | | | 07/21/2022 Munzing Notes (SR022341-SR022342) |
| 394 | | | 07/25/2022 Munzing Notes (SR022346-SR022347) |
| 395 | | | [intentionally blank] |
| 396 | | | |
| 397 | | | |
| 398 | | | |
| 399 | | | |
| 400 | | | |
| 401 | | | |
| 402 | | | |
| 403 | | | |
| 404 | | | |
| 405 | | | |

14

| Exhibit | Date Identified | Date Admitted | Description |
|---------|-----------------|---------------|-------------|
| 406 | | | |
| 407 | | | |
| 408 | | | |
| 409 | | | |
| 410 | | | |
| 411 | | | |
| 412 | | | |
| 413 | | | 05/09/2018 DEA ROI re 05/02/2019 Subpoena to Bank of America (SR022152-SR022153) |
| 414 | | | 06/20/2018 DEA ROI re Return of Administrative Subpoena Relative to Financial Transactions (SR022167-SR022168) |
| 415 | | | 08/2021 California Narcotics Officers' Association Training Flyer |
| 416 | | | |
| 417 | | | |
| 418 | | | |
| 419 | | | |
| 420 | | | |
| 421 | | | |
| 422 | | | |
| 423 | | | |

| Exhibit | Date Identified | Date Admitted | Description |
|---|---|---|---|
| 424 | | | |
| 425 | | | |
| 426 | | | |
| 427 | AUG 17 | AUG 17 | AUG 16 2022 Patent file |
| 428 | | | |
| 429 | | | |
| 430 | | | |
| 441 | AUG 16 2022 | AUG 16 2022 | |
| 442 | AUG 16 2022 | AUG 16 2022 | |
| 443 | AUG 16 2022 | AUG 16 2022 | |
| 512 | AUG 17 2022 | AUG 17 2022 | Salbunch Rababarve frei |
| 516 | AUG 17 2022 | AUG 17 2022 | S.R on Stand |
| 511 | AUG 17 2022 | AUG 17 2022 | SR on Stand |
| 514 | AUG 17 2022 | AUG 17 2022 | SR on stand |
| 513 | AUG 17 2022 | AUG 17 2022 | SR on Stand   instant msgs |
| 515 | AUG 17 2022 | AUG 17 2022 | SR on Stand - instant msgs |