# TRANSCRIPT ORDER FORM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Megan Blumm | 2a. Contact Phone Number: (916) 498-5700 | 3a. Contact E-mail Address: Megan_Blumm@fd.org |
| 1b. Attorney Name (if different): Jaya Gupta | 2b. Attorney Phone Number: (559) 487-5561 | 3b. Attorney E-mail Address: Jaya_Gupta@fd.org |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Office Of The Federal Defender
2300 Tulare Street
Suite 330
Fresno, CA 93721

5. Name & Role of Party Represented:

6. Case Name: United States v. Saloumeh Rahbarvafaei

7a. District Court Case Number: 2:19-cr-00164-MWF

7b. Appeals Court Case Number:

8. INDICATE WHETHER PROCEEDING WAS *(choose only one per form)*:
☐ DIGITALLY RECORDED
☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Amy Diaz

9. THIS TRANSCRIPT ORDER IS FOR: ☐ Appeal  ☒ Non-Appeal    ☒ Criminal  ☐ Civil    ☐ CJA  ☐ USA  ☒ FPD  ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):
*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/15/2022 | 133 | Fitzgerald | Trial Day 3 Testimony: Dr. Munzing | ● | ○ | ○ | ○ | ○ | ○ | ___ | EXPEDITED (7-day) |
| 08/16/2022 | 135 | Fitzgerald | Trial Day 4 Testimony: Dr. Munzing | ● | ○ | ○ | ○ | ○ | ○ | ___ | EXPEDITED (7-day) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ___ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ___ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ___ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

Payment arrangements have been made directly with the Court Reporter.

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 08/24/2022    Signature: /s/ Jaya Gupta

G-120 (06/18)